IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:20-CR-144 |
| vs. | : | |
| DAVID HILL, | : | Judge Thomas M. Rose |
| Defendant. | : | |

## ORDER DIRECTING BUTLER COUNTY SHERIFF & JAIL TO PERMIT CONTACT VISIT BETWEEN MASSIMO DEMARCHIS, PSYD & INMATE, DAVID HILL

This matter is before the Court on Defendant's request for an Order directing the Butler County Sheriff & Jail, located at 705 Hanover Street, Hamilton, Ohio to permit a contact visit between Massimo DeMarchis, PsyD. and federal inmate, David Hill.   The Court finds defendant's Motion well taken, and sustains same.

Wherefore, the Court hereby ORDERS the Butler County Sheriff & Jail to allow a contact visit between Massimo DeMarchis, PsyD. and inmate David Hill.

Thomas M. Rose,
United States District Judge

Date: 2/9/21